IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ORTENSIA TREVINO,<br><br>    Plaintiff,<br>vs.<br><br>PECAN DELUXE CANDY COMPANY,<br><br>    Defendant. | §<br>§<br>§<br>§  Civil Action No. 3:15-CV-3299-M<br>§<br>§<br>§<br>§<br>§ |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendant's Motion to Dismiss*, filed November 9, 2015 (doc. 10), is GRANTED. By separate judgment, the plaintiff's claims will be dismissed with prejudice.

SIGNED this 20 day of June, 2016.

*signature*
BARBARA M. G. LYNN
CHIEF JUDGE