IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ORTENSIA TREVINO, | § |
| | § |
| Plaintiff, | § |
| vs. | § Civil Action No. 3:15-CV-3299-M |
| | § |
| PECAN DELUXE CANDY COMPANY, | § |
| | § |
| Defendant. | § |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The plaintiff's post-judgment motion to reopen her case, filed July 25, 2016 (doc. 16), is construed as a motion for relief under Fed. R. Civ. P. 60(b) and **DENIED**, and to the extent it should be considered, the motion for leave to amend is **DENIED**.

SIGNED this 12th day of December, 2016.

_____
BARBARA M. G. LYNN
CHIEF JUDGE